# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>John A. Schubert, Jr.<br><br>_Defendant_ | )<br>)  Case: 1:21-mj-00495<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 06/24/2021<br>)  Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                            John A. Schubert, Jr.                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  06/25/2021

_Issuing officer's signature_

Digitally signed by G. Michael Harvey
Date: 2021.06.25 11:03:17 -04'00'

City and state:  Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 06/25/2021, and the person was arrested on _(date)_ 07/26/2021
at _(city and state)_ Crest Hill, IL.

Date: 07/27/2021

_Arresting officer's signature_

FBI SA Thad A. Boentje
_Printed name and title_