IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-587 (ABJ)** |
| v. | : | |
| | : | |
| **JOHN A. SCHUBERT, JR.,** | : | |
| | : | |
| Defendant. | : | |
| | | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-CR-588 (ABJ)** |
| | : | |
| **AMY SCHUBERT,** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

The United States through its attorneys, Matthew Graves, United States Attorney for the District of Columbia, and Anita Eve, Assistant United States Attorney, hereby respectfully moves the Court for a continuance of the sentencing hearing scheduled in the above-captioned matters on March 3, 2022. In support of this Motion, the government states as follows:

1. As this Court is aware, the sentencing hearing is scheduled to commence on March 3, 2022 at 10:15 a.m. EST.

2. Counsel for the government has a conflict with the scheduled time of the sentencing hearing and an inability to modify or remove the conflict.

3. Counsel for the government has consulted with counsel for defendants John A. Schubert, Jr. and Amy Schubert regarding the government's scheduling conflict and there is

consent and no objection to this request for a continuance of the sentencing hearing for the defendants.

    4.    Counsel for the defendants has expressed her availability on March 7, or March 8, 2022, and counsel for the government is also available on these dates if the Court should grant this Motion and seek alternative dates to reschedule the sentencing hearing.

        Respectfully submitted,

        MATTHEW GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ Anita Eve
        Anita Eve
        Assistant United States Attorney, Detailee
        PA Bar No. 45519

## CERTIFICATE OF SERVICE

On this 9th day of February 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                        */s/ Anita Eve*
                                                        Anita Eve
                                                        Assistant United States Attorney