Honorable Judge Berman Jackson:

The reason I went to Washington DC was I wanted to show my concern for the direction I saw my country going in. It was not to support any political candidate. I consider myself Independent. My concern is with two parties who I believe have lost the ability to work with each other to solve the problems before us. It seems to me they both cause divisions amongst the populace. I hear harsh words from both sides. I grew up in the 1960s. I believe that's where I saw the importance of speaking up. How can anyone have listened to Dr. Martin Luther King and not have been touched, not agree with him that everyone should be judged by the content of their character?

At 30 years of age I put my faith in Christ. Jesus said the second greatest commandment is to love your neighbor as yourself. To the best of my ability I've tried to treat everyone the way I'd like to be treated. I've read Thomas Paine's "Common Sense" and I agree that a life should be lived with purpose. I've also read David Thoreau's "Treatise on Civil Disobedience." He argued that it is man's duty to fight for the eradication of wrongs. I also read a book entitled "The Hiding Place". It is the true story of a Christian family that hid Jews from the Nazis. They were caught and only a single person, Corrie TenBoom, survived the death camps. Would these atrocities have taken place if good people had spoken up? My pastor recently spoke of the kindness of friendly Indians who helped early settlers survive the first harsh winter in New England. How were these Indians repaid for their kindness? They were murdered and driven from their land. I lived through the nightmare of Vietnam. 60,000 dead Americans and countless million Vietnamese needlessly killed. As if that wasn't enough, we got involved in Afghanistan. Unaccountably neither political party acts to prevent or to get us out of senseless wars.

In my statement to the FBI when I was interviewed, I didn't advocate for any political party or individual. My statement spoke of my concern for what kind of a world our generation will leave to my grandchildren. So, why would a 72 year old man who that takes 7 heart pills a day even get involved? I felt it was responsibility to future generations. I have two grandsons who will some day inherit this world. I naively thought my voice would help focus attention on the feelings of the ordinary citizen. In 1959 I saw JFK campaign in Joliet IL. You could feel the hope in the crowd. Fast forward to today and I don't know if I feel that at all.

My time on earth is closing but what will the children have?

I admit my emotions from witnessing these things over my lifetime overreached my common sense in January. I was despondent. I wanted to engage in citizen Civil Disobedience. I was wrong.  I was wrong for entering the Capitol. In retrospect, seeing the shame it brought to my country,  my entry into the Capitol shames me. I'm sorry. I'm afraid my actions betrayed the motives of my heart.

John Schubert