IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-587 (ABJ)** |
| v. | : | |
| | : | |
| **JOHN A. SCHUBERT, JR.,** | : | |
| | : | |
| Defendant. | : | |
| | | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-CR-588 (ABJ)** |
| | : | |
| **AMY SCHUBERT,** | : | |
| | : | |
| Defendant. | : | |

### RESPONSE TO ORDER REGARDING VIDEO EXHIBIT RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's March 1, 2022 Minute Order, directing the government to submit to the Court a notice regarding videos of the defendants' entry into the Capitol Building and their activities or provide the videos to the Court via a flash drive or USAfx. The government has uploaded the following eight videos to USAfx and made them available to the Court and defense counsel:

1. Exhibit 1 - Senate Wing Door;

2. Exhibit 2 - Rotunda North;

3. Exhibit 3 – Rotunda South;

4. Exhibit 4 – Statuary Hall Connector;

5. Exhibit 5 – Statuary Hall;

6. Exhibit 6 – East Stairs;

7. Exhibit 7 – Upper House Door Interior;

8. Exhibit 8 – East Front House Door.

The government has no objection to the public release of the videos submitted to this Court.

                            Respectfully submitted,

                            MATTHEW GRAVES
                            United States Attorney
                            DC Bar No. 415793

By:    /s/ ANITA EVE
                            ANITA EVE
                            Assistant United States Attorney (Detailee)
                            PA Bar No. 45519
                            615 Chestnut Street, Suite 1250
                            Philadelphia, PA 19106
                            Anita.eve@usdoj.gov
                            (215) 764-2177

## CERTIFICATE OF SERVICE

On this 4th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                */s/ Anita Eve*
                                                Anita Eve
                                                Assistant United States Attorney